This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-39226**

**U.S. BANK NATIONAL ASSOCIATION, as Trustee, Successor in Interest to BANK OF AMERICA NATIONAL ASSOCIATION, as Trustee, Successor by Merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-RP2,**

      Plaintiff-Appellee,

v.

**DOROTHY A. ANAYA a/k/a DOROTHY SANCHEZ a/k/a DOROTHY A. MEJIAS,**

      Defendant-Appellant,

and

**SOUTHWEST FINANCIAL; RHS PROPERTIES, INC.; and SUNWEST BANK OF ALBUQUERQUE NA,**

      Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Stephen Kowal
Rio Rancho, NM

for Appellee

Joseph B. Coffey
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**ZACHARY A. IVES, Judge**